DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME SALVADOR QUIEJ-POZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) JAIME SALVADOR QUIEJ-POZ, ) ) Defendant. ) ) _____ ) | Cr.S. 09-510-EJG  **STIPULATION AND ORDER**  DATE: February 5, 2010 TIME: 10:00 a.m. JUDGE: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JAIME SALVADOR QUIEJ-POZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, January 15, 2010, be continued to Friday, February 5, 2010, at 10:00 a.m.  The reason for this continuance is to allow defense counsel additional time to receive and review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for February 5, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 11, 2010        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JAIME SALVADOR QUIEJ-POZ


DATED: January 11, 2010        BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Benjamin Galloway for
                                      MICHAEL ANDERSON
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 5, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

January 12, 2010                          /s/ Edward J. Garcia
                                                              EDWARD J. GARCIA
                                                              United States District Judge