DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME SALVADOR QUIEJ-POZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-510-EJG |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: March 12, 2010 |
| JAIME SALVADOR QUIEJ-POZ, ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JAIME SALVADOR QUIEJ-POZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, February 5, 2010, be continued to Friday, March 12, 2010, at 10:00 a.m.  The reason for this continuance is to allow defense counsel additional time to receive and review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for March 12, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 2, 2010          Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

                                             /S/ Benjamin Galloway
                                             BENJAMIN GALLOWAY
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JAIME SALVADOR QUIEJ-POZ

DATED: February 2, 2010          BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Benjamin Galloway for
                                             MICHAEL ANDERSON
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 12, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: February 2, 2010.          */s/* Edward J. Garcia
                                             EDWARD J. GARCIA
                                             United States District Judge