DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME SALVADOR QUIEJ-POZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-510-EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER** |
| JAIME SALVADOR QUIEJ-POZ, ) | DATE: April 30, 2010 |
| Defendant. ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JAIME SALVADOR QUIEJ-POZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, April 9, 2010, be continued to a status conference/change of plea hearing on Friday, April 30, 2010, at 10:00 a.m..  The government recently provided defense counsel with a proposed plea agreement.  The requested continuance is to allow defense counsel sufficient time to travel to Butte County in order to review this agreement with Mr. Quiej-Poz.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 30, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 6, 2010         Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             JAIME SALVADOR QUIEJ-POZ


DATED: April 6, 2010         BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             MICHAEL ANDERSON
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 30, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: April 6, 2010.        /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             United States District Judge